SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Owen Thomas Kendrick, | No. CV 1-08-01232-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Lieutenant Crenshaw, et al., | |
| Defendants. | |

Plaintiff Owen Thomas Kendrick, who is confined in the California Correctional Institution in Tehachapi, California, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc.# 1.)[1] In an Order filed on April 27, 2009, the Court dismissed the Complaint with leave to file a first amended complaint within 30 days. (Doc.# 10.) The Court specifically informed Plaintiff that the failure to file a first amended complaint within that period would result in dismissal of this action and an entry of a strike pursuant to 28 U.S.C. § 1915(g). Plaintiff has not filed an amended complaint. Accordingly, this action will be dismissed.

**IT IS ORDERED** that the Clerk of Court must enter a judgment of dismissal of this action with prejudice for failure to comply with the Order filed on April 27, 2009, doc.# 10,

---

[1] "Doc.#" refers to the docket number of filings in this case.

1. and that such dismissal counts as a "strike" under 28 U.S.C. § 1915(g).
2. DATED this 26th day of June, 2009.

_____
David G. Campbell
United States District Judge